| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William N. Lobel, Esq. (State Bar No. 93202)<br>wlobel@tocounsel.com<br>Christopher J. Harney, Esq. (State Bar No. 322306)<br>charney@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Dov Arieh Charney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>DOV ARIEH CHARNEY<br><br>Debtor(s). | CASE NO.: 2:22-bk-11335-VZ<br>ADVERSARY NO.: 2:22-ap-01064-VZ<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| P STANDARD GENERAL LTD., and<br>STANDARD GENERAL MASTER FUND, L.P.,<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>DOV CHARNEY; ART, COMMERCE & MANUFACTURING SOLUTIONS, LLC; and APEX REAL ESTATE MANAGEMENT, LLC,<br><br>Defendant(s) (*if applicable*). | **AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): DOV ARIEH CHARNEY

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☒ Defendant
☒ Other (*describe*): Judgment Debtor

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

---

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order Granting Judgment Creditors' Motion to Remand State Court Action to California Superior Court

2. The date the judgment, order, or decree was entered: 04/29/2022

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: P Standard General Ltd., Standard General Master Fund L.P., and Standard General L.P.

   Attorney:
   Steven Jay Katzman
   Anthony R. Bisconti
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
   601 W. 5th Street, Suite 720
   Los Angeles, California 90071
   Telephone (213) 528-3400

2. Party:
   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Christopher J. Harney                              Date: May 17, 2022
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

```
 1 │ Steven Jay Katzman, State Bar No. 132755
   │ skatzman@bklwlaw.com
 2 │ Anthony R. Bisconti, State Bar No. 269230
   │ tbisconti@bklwlaw.com
 3 │ BIENERT KATZMAN LITTRELL WILLIAMS LLP
   │ 601 W. 5th Street, Suite 720
 4 │ Los Angeles, California 90071
   │ Telephone (213) 528-3400
 5 │ Facsimile (949) 369-3701
 6 │ Jay S. Auslander (admitted pro hac vice)
   │ jauslander@wilkauslander.com
 7 │ Eric Snyder (admitted pro hac vice)
   │ esnyder@wilkauslander.com
 8 │ WILK AUSLANDER LLP
   │ 825 Eighth Avenue, Ste. 2900
 9 │ New York, NY 10019
   │ Telephone (212) 981-2300
10 │ Facsimile (212) 981-2316
   │ Pro Hac Vice
11 │
   │ Attorneys for Standard General Master Fund, L.P. and
12 │ P Standard General Ltd.
```

**FILED & ENTERED**

**APR 29 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DOV ARIEH CHARNEY,<br><br>Debtor, | Case No. 2:22-bk-11335-VZ<br><br>Adv. Pro. No.: 2:22-ap-01064-VZ<br><br>Chapter 11 |
| P STANDARD GENERAL LTD., and STANDARD GENERAL MASTER FUND, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>DOV CHARNEY; ART, COMMERCE & MANUFACTURING SOLUTIONS, LLC; and APEX REAL ESTATE MANAGEMENT, LLC,<br><br>Defendants. | **ORDER GRANTING JUDGMENT CREDITORS' MOTION TO REMAND STATE COURT ACTION TO CALIFORNIA SUPERIOR COURT**<br><br>Date:    April 26, 2022<br>Time:   10:30 a.m.<br>Place:   Courtroom 1368<br>            United States Bankruptcy Court<br>            255 E. Temple Street,<br>            Los Angeles, CA 90012 |

On April 26, 2022, at 10:30 a.m. in the above-captioned courtroom, the Court held a hearing on the motions to remand filed by Judgment Creditors P Standard General Ltd., Standard General Master Fund L.P., and Standard General L.P. (collectively, the "Judgment Creditors") in the following adversary

proceedings: (i) *P Standard General Ltd. et al v. Charney et al*, Adv. Case No. 2:22-ap-01064-VZ, which concerned the removal of the matter previously pending in Los Angeles Superior Court as Case No. BS172538 (the "$35M Enforcement"), (ii) *Charney v. Standard General L.P. et al*, Adv. Case No. 2:22-ap-01068-VZ, which concerned the removal of the matter previously pending in Los Angeles Superior Court as Case No. BC581130, and (iii) *Standard General L.P. et al v. Charney et al*, Adv. Case No. 2:22-ap-01069-VZ, which concerned the removal of the matter previously pending in Los Angeles Superior Court as Case No. BC706996. Eric Snyder of Wilk Auslander LLP and Anthony Bisconti of Bienert Katzman Littrell Williams LLP appeared on behalf of the Judgment Creditors. William Lobel of Theodora Oringer PC appeared on behalf of Dov Arieh Charney. Other appearances were as noted on the record for the hearing.

The Court, having reviewed and considered the motions to remand and all evidence submitted in support thereof, all responses to the motions to remand and evidence submitted in support thereof, other matters of which the Court may take judicial notice, and the argument of counsel at the hearing, and based on the findings of fact and conclusions of law stated on the record of the hearing,

**IT IS ORDERED THAT:**

1. Judgment Creditors' motion to remand this case to Los Angeles Superior Court, reflected as Dkt. No. 7 on the Court's docket for this case, is GRANTED.

###

Date: April 29, 2022

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **05/17/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **05/17/22** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **05/17/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzolo (personal delivery)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/17/2022 | Sara Tena | /s/ Sara Tena |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1251655.1/81961.82002    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Anthony Bisconti**    tbisconti@bklwlaw.com, 4579179420@filings.docketbird.com;docket@bklwlaw.com
- **Christopher J Harney**    charney@tocounsel.com, stena@tocounsel.com
- **William N Lobel**    wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- **Jeffrey M. Reisner**    jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Jessica Taran**    jtaran@jtaranlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov


2. **SERVED BY UNITED STATES MAIL**

   Keith A. Fink
   Keith A Fink & Associates
   11500 Olympic Blvd Ste 316
   Los Angeles, CA 90064

1251655.1/81961.82002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**