JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DOV ARIEH CHARNEY,<br><br>    Debtor.<br><br>DOV ARIEH CHARNEY,<br><br>    Appellant,<br><br>vs.<br><br>P. STANDARD GENERAL LTD;<br>STANDARD GENERAL MASTER FUND, L.P.,<br><br>    Appellees. | District Court Case No.: 2:22-cv-03327-MEMF<br><br>Adversary Case No.:　2:22−ap−01064−VZ<br><br>Bankruptcy Case No.:　2:22−bk−11335−VZ<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P 42(B) [ECF NO. 17]** |

On July 18, 2022, the parties filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Appellate Procedure 42(b). ECF No. 17. The Court, having considered the Stipulation and finding good cause therefor, GRANTS the Stipulation and ORDERS as follows:

1. The Stipulation is approved in its entirety;
2. The case is hereby dismissed without prejudice; and

1

3. The parties shall bear their own respective attorneys' fees and costs arising from this case.

IT IS SO ORDERED.

Dated: August 1, 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

2